UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

_____
Plaintiff(s)

        v.                                      Civil Case No. and Judge's Initials

_____
Defendant(s)

**DISCLOSURE STATEMENT**
**LOCAL RULE 7.5**

[This form is to be completed and filed only by parties that are nongovernmental corporations, partnerships, or limited liability companies. Check the appropriate box(es).]

❒ The filing party, a nongovernmental corporation, identifies the following parent corporation and any publicly held corporation that owns 10% or more of its stock:

❒ The filing party, a partnership, identifies the following parent corporation and any publicly held corporation that owns 10% or more of the corporate partner's stock:

❒ The filing party, a limited liability company (LLC), identifies the following parent corporation and any publicly held corporation that owns a 10% or more membership or stock interest in the LLC:

❒ The filing party identifies the following publicly held corporations with which a merger agreement exists:

❒ The filing party has none of the above.

Respectfully Submitted,

Date:

CERTIFICATE OF SERVICE

I hereby certify that this Disclosure Statement was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF: [Names of Filing Users]

Conventionally Served: [Name and Address of Non-Filing Users]

_____     _____
`Date`                                                          `/s/Signature`