THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Billy O'Bryan<br><br>　　　　Plaintiff<br><br>v.<br><br>EBSCO TeleServices, LLC<br><br>　　　　Defendant | Civil Action No.: 1:13-cv-00170-SM |

## STIPULATION FOR DISMISSAL WITH PREJUDICE
## PURSUANT TO FED. R. CIV. P. 41(a)

NOW COME the parties, through counsel, and hereby stipulate to the dismissal of the above-captioned action, with prejudice and without costs, pursuant to Federal Rule of Civil Procedure 41(a).

WHEREFORE, the parties respectfully request that this Honorable Court:

A.　　Dismiss this action with prejudice and without costs; and

B.　　Grant such other and further relief as is just and equitable.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**BILLY O'BRYAN**

　　　　　　　　　　　　　　　　　　By and through his Attorneys,

　　　　　　　　　　　　　　　　　　LEMBERG & ASSOCIATES


Date: May ___, 2014　　　　　　　By: /s/Sergei Lemberg_____
　　　　　　　　　　　　　　　　　　Sergei Lemberg
　　　　　　　　　　　　　　　　　　1100 Summer St., 3rd Floor
　　　　　　　　　　　　　　　　　　Stamford, CT  06905

KELLY LAW, PLLC

Date: May \_\_\_\_, 2014          By: /s/James D. Kelly_____
                                                 James D. Kelly, NHBA#16177
                                                 P.O. Box 3086
                                                 Nashua, NH 03060
                                                 (603) 809-4230

and

EBSCO TELESERVICES, LLC

By and through its Attorneys,

WADLEIGH, STARR & PETERS, P.L.L.C.

Date: May \_\_\_\_, 2014          By: /s/Marc R. Scheer_____
                                                 Marc R. Scheer, NHBA#2266
                                                 Joseph G. Mattson, NHBA#19287
                                                 95 Market Street
                                                 Manchester, NH 03101
                                                 (603) 669-4140

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing document has this date been forwarded to James D. Kelly, Esquire and Sergei Lemberg, Esquire, via ECF.

                                                                /s/Marc R. Scheer_____